B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

In re  Christine Bentick aka Christine Negel  ,    Case No.  18-15136-MDC

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| UMB Bank, National Association, not in its individual capacity, but solely as legal title trustee for LVS Title Trust XIII | UMB Bank, National Association, not in its individual capacity, but solely as legal title trustee for LVS Title Trust XIII |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Rushmore Servicing
  PO Box 619096, Dallas, TX 75261-9741

Court Claim # (if known):  2
Amount of Claim:  $310,570.72
Date Claim Filed:  10/09/2018

Phone:  877-888-4623
Last Four Digits of Acct #:  6111

Phone:  888-699-5600
Last Four Digits of Acct.  4415

Name and Address where transferee payments should be sent (if different from above):
  Rushmore Servicing
  PO Box 619094, Dallas, TX 75261-9741

Phone:  877-888-4623
Last Four Digits of Acct #:  6111

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Sarah K. McCaffery, Esquire        Date:  11/16/2023
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



**10/11/2023**

**OUR INFO**
**ONLINE**
www.rushmoreservicing.com

**YOUR INFO**
**DEBTOR(S)**
CHRISTINE BENTICK
**CASE NUMBER**

**LOAN NUMBER**

CHRISTINE BENTICK
1711 FRANCIS ST
PHILADELPHIA, PA 19130

**PROPERTY ADDRESS**
1711 FRANCIS STREET
PHILADELPHIA, PA 19130

Dear CHRISTINE BENTICK:

The servicing of your mortgage loan, that is, the right to collect payments from you, is being transferred from RUSHMORE LOAN MANAGEMENT SERVICES LLC to Rushmore Servicing effective 10/1/2023. The servicing of the mortgage loan will be handled by the Bankruptcy Department at Rushmore Servicing.

This transfer does not affect any term or condition of the mortgage instruments or applicable treatment in current bankruptcy proceedings, other than terms directly related to the servicing of your loan such as where to send your payments or make inquiries related to the mortgage loan.

Except in limited circumstances, the law requires that your prior servicer send you this notice at least 15 days before the effective date of transfer or at closing. Your new servicer must also send you a notice of the transfer no later than 15 days after this effective date or at closing.

Your prior servicer was RUSHMORE LOAN MANAGEMENT SERVICES LLC. If you have any questions relating to the transfer of servicing, please do not hesitate to contact their Customer Service Department at 888-504-6700 or via mail at 15480 LAGUNA CANYON RD STE 100, IRVINE, CA 92618.

Your new Servicer is Rushmore Servicing and your new loan number will be ▇▇▇▇▇▇. If you have any questions relating to the transfer of servicing to Rushmore Servicing, you may call the Bankruptcy Department at 877-888-4623 between the hours of Monday through Friday from 8 a.m. to 7 p.m. (CT). Please note the following important address information for the Bankruptcy Department at Rushmore Servicing:

Correspondence Address:
Rushmore Servicing
PO Box 619096
Dallas, TX 75261-9741

Payment Address:
Rushmore Servicing
PO Box 619094
Dallas, TX 75261-9741

The date that your prior servicer will stop accepting payments from you is 9/30/23. The date that your new servicer will start accepting payments from you is 10/1/2023. Send all payments due on or after that date to your new servicer.

Rushmore Servicing℠ and Mr. Cooper® are brand names for Nationstar Mortgage LLC.
Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.
If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.



43-119

If your bankruptcy plan requires you to make post-petition mortgage payments directly to the bankruptcy trustee, please continue to send the payments pursuant to the bankruptcy plan and not to the address above.

The transfer of the servicing of the mortgage loan will require you to contact all hazard and flood insurers to add Rushmore Servicing as loss payee with the below address and information. For escrow accounts, insurers need to send billing statements/invoices to Rushmore Servicing Loss Payee. Be sure to provide Rushmore Servicing with a copy of the Notice to the Insurance Provider.

Rushmore Servicing
Its Successors and/or Assigns
P.O. Box 7729
Springfield, OH 45501-7729

If your loan has optional insurance, your mortgage life insurance, disability insurance and/or other optional products will be discontinued at the time of transfer. If you wish to maintain coverage, you must contact your provider about direct billing. If your loan does not have optional products, and you wish to obtain them, you will need to contact an optional insurance provider.

If you were making payments to the prior servicer by means of automatic deduction or monthly reoccurrence of Western Union payments, this service will not continue with Rushmore Servicing due to the bankruptcy status of the loan. Once the loan is no longer in a bankruptcy status, you can set up automatic payments with Rushmore Servicing by contacting the Customer Service Department.

If you authorize your bank or credit union online bill payment system to automatically pay your mortgage payment, you will need to tell your bank or credit union to make those payments to Rushmore Servicing

If you are currently participating in, or being considered for, a foreclosure avoidance program or loan modification program, the prior servicer will be transferring to us any supporting documentation you may have submitted. Until the transfer date, you should continue to make your payments (i.e., trial payments, if attempting to qualify for a modification) to the prior servicer. After transfer, you should make all payments to **Rushmore Servicing** at the address above. Unless you have received a decision from the prior regarding qualification for these programs, decisions regarding qualification for these programs will be made by Rushmore Servicing. If you have received a decision from the prior servicer, we will be advised of that decision and will complete the processing of your workout, in accordance with that decision.

If your intention is to retain the property and you are interested in loss mitigation opportunities outside of the bankruptcy process, please contact our Bankruptcy Loss Mitigation representatives at 877-888-4623, Monday through Friday from 8 a.m. to 7 p.m. (CT). If you are represented by counsel in your bankruptcy proceeding, please be aware that we will need written authorization from your counsel to speak with you directly regarding available loss mitigation options.

Under federal law, during the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late and a late fee may not be imposed.

Sincerely,

Rushmore Servicing

| Servicemembers Civil Relief Act Notice Disclosure | U.S. Department of Housing and Urban Development Office of Housing | OMB Approval No.  Expire 11/30/2024 |
|---|---|---|

### Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC §§ 39014043) (SCRA).

### Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

### What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within one year after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

### How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.

    Rushmore Servicing, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741

- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

### How Does a Servicemember or Dependent Obtain Information About the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at https://legalassistance.law.af.mil/
- "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call (800) 342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

form HUD-92070
(6/2017)

eRecorded in Philadelphia PA   Doc Id: 53857388
07/13/2021 10:02 PM   Page 1 of 3   Rec Fee: $224.75
Receipt#: 21-70198
Records Department   Doc Code: A

\*\*\*Send All Notices to Assignee\*\*\*

RECORDING REQUESTED BY:
**WELLS FARGO BANK, N.A.**
**2701 WELLS FARGO WAY**
**N9408-05C**
**MINNEAPOLIS, MN 55440-1629**

WHEN RECORDED MAIL TO:
**WELLS FARGO BANK, N.A.**
**MAC: N9408-05C**
**PO BOX 1629**
**MINNEAPOLIS, MN 55440-1269**
**ATTN: ASSIGNMENT TEAM**

## ASSIGNMENT OF MORTGAGE

For good and valuable consideration, the sufficiency of which is hereby acknowledged, **WELLS FARGO BANK, N.A. , 1 HOME CAMPUS , DES MOINES, IA 50328,** by these presents does convey, assign, transfer and set over to: **UMB BANK, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS LEGAL TITLE TRUSTEE FOR LVS TITLE TRUST XIII , 120 SOUTH SIXTH STREET STE 1400, MINNEAPOLIS, MN 55402** the following described Mortgage, with all interest, all liens, and any rights due or to become due thereon. Said Mortgage for **$239962.00** is recorded in the State of **PENNSYLVANIA**, County of **Philadelphia** Official Records, dated **09/29/2008** and recorded on **10/15/2008**, as Instrument No. **51979261**
Original Mortgagor: **CHRISTINE BENTICK**
Original Mortgagee: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR COLONIAL MORTGAGE SERVICE COMPANY OF AMERICA, ITS SUCCESSORS AND ASSIGNS**
Property Address: **1711 FRANCIS STREET PHILADELPHIA, PA 19130**
Legal Description: **ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected, situate on the Northwest side of Francis Street 19 feet and extending in length or depth Northwestward of the same breadth parallel with said Perkiomen Street 100 feet to a 20 feet wide alley or court called Bowers Steet leading into Perkiomen Street; bounding northeastward by ground late of John Brown, deceased, southwestward by ground granted to Thomas Hargrove on ground rent; Northwestward by said Bower Street and Southeastward by Francis Street aforesaid.**
Date: 06/01/2021

**WELLS FARGO BANK, N.A.**
By:

*[signature]*

SHELLY MAE STEPHANI, Vice President Loan Documentation

eRecorded

STATE OF MN  
COUNTY OF Hennepin } s.s.

On **06/01/2021** before me, **XEE LEE,** a Notary Public, personally appeared **SHELLY MAE STEPHANI, Vice President Loan Documentation** of **WELLS FARGO BANK, N.A.** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

_(signature)_

XEE LEE, Notary Public  
Commission #: **31077044**  
My Commission Expires: **01/31/2026**

XEE LEE  
NOTARY PUBLIC - MINNESOTA  
MY COMMISSION EXPIRES 01/31/26

eRecorded

53857388   Page 3 of 3   07/13/2021 10:02 PM

CERTIFICATE OF RESIDENCE

The undersigned does herby certify that the precise address of the Mortgagee is: **120 SOUTH SIXTH STREET STE 1400, MINNEAPOLIS, MN 55402**

BY:

*Shelly Stephani* (signature)

_____
SHELLY MAE STEPHANI
ed022201

eRecorded

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>Christine Bentick aka Christine Negel<br>        Debtor | : Bankruptcy No. 18-15136-MDC<br>: Chapter 13<br>:<br>:<br>: |
| UMB Bank, National Association, not in its individual capacity, but solely as legal title trustee for LVS Title Trust XIII<br>        Movant<br>vs.<br>Christine Bentick aka Christine Negel<br>        Debtor/Respondent<br>and<br>Kenneth E. West, Esquire<br>        Trustee/Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF SERVICE**

    I, Sarah K. McCaffery, Esquire, hereby certify that on 11/16/2023, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and/or via filing with the US Bankruptcy Court's CM ECF system.

Michael A. Cibik, Esquire
Via Electronic Filing
*Attorney for Debtor*

Kenneth E. West, Esquire
Via Electronic Filing
*Trustee*

Christine Bentick
aka Christine Negel
1711 Francis Street
Philadelphia, PA 19130
Via First Class Mail
*Debtor*

                                    /s /Sarah K. McCaffery, Esquire
                                    Sarah K. McCaffery, Esquire
                                    Hladik, Onorato & Federman, LLP
                                    298 Wissahickon Avenue
                                    North Wales, PA 19454
                                    Phone 215-855-9521
                                    Email: smccaffery@hoflawgroup.com