United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-15136-mdc |
| Christine Bentick | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 16, 2023 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14619556 | + Email/Text: nsm_bk_notices@mrcooper.com | Nov 17 2023 00:21:00 | UMB Bank, National Association et al, c/o Rushmore Loan Management Services, P.O Box 55004, Irvine, CA 92619-5004 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2023        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| ANTONIO G. BONANNI | on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as legal trustee for LVS Title Trust XIII c/o Rushmore Loan Management antonio.bonanni@law.njoag.gov, pfranz@hoflawgroup.com |
| KARINA VELTER | on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as legal trustee for LVS Title Trust XIII c/o Rushmore Loan Management karina.velter@powerskirn.com, bankruptcy@powerskirn.com |
| KARINA VELTER | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto karina.velter@powerskirn.com, |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 16, 2023 | Form ID: trc | Total Noticed: 1 |

    bankruptcy@powerskirn.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

MEGAN N. HARPER
    on behalf of Creditor City of Philadelphia megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

MICHAEL A. CIBIK
    on behalf of Debtor Christine Bentick mail@cibiklaw.com  cibiklawpc@jubileebk.net;ecf@casedriver.com;cibiklaw@recap.email

SARAH K. MCCAFFERY
    on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as legal title trustee for LVS Title Trust XIII ckohn@hoflawgroup.com

SARAH K. MCCAFFERY
    on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as legal trustee for LVS Title Trust XIII c/o Rushmore Loan Management ckohn@hoflawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-15136-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Christine Bentick
1711 Francis Street
Philadelphia PA 19130

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/16/2023.

Name and Address of Alleged Transferor(s):

Claim No. 2: UMB Bank, National Association et al, c/o Rushmore Loan Management Services, P.O Box 55004, Irvine, CA 92619

Name and Address of Transferee:

UMB Bank, National Association, et. al.
c/o Rushmore Servicing
PO Box 619096
Dallas, TX 75261-9741

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/18/23

Tim McGrath
**CLERK OF THE COURT**