**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Christine Bentick, <br><br> *Debtor*. | Chapter 13 <br> Case No. 18-15136-amc |

**Motion to Dismiss Chapter 13 Case**

Debtor Christine Bentick, through her attorney, moves the Court to dismiss this case in the form of order attached.

Date: May 6, 2024

CIBIK LAW, P.C.
*Attorney for Debtor*

By: _____
Mike Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

**Certificate of Service**

I certify that on this date, I did cause a copy of this document and all attachments to be electronically served on all parties on the Clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

Date: May 6, 2024

_____
Mike Assad