**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Christine Bentick,<br><br>*Debtor.* | Chapter 13<br>Case No. 18-15136-amc |

**Order Granting Motion to Dismiss Chapter 13 Case**

And now, after consideration of the Motion to Dismiss Case filed by Debtor Christine Bentick, with proper notice, the Court finds as follows:

A. This case has not been converted previously under 11 U.S.C. §§ 706, 1112, or 1208.

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. This case is **DISMISSED**.

3. All wage orders are **VACATED**.

Date: May 8, 2024

_____
Ashely M. Chan
U.S. Bankruptcy Judge