United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Christine Bentick  
    Debtor

Case No. 18-15136-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: May 08, 2024      Form ID: pdf900      Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine Bentick, 1711 Francis Street, Philadelphia, PA 19130-2109 |
| 14176444 | + | Brandon Perloff, Esq, 1429 Walnut Street, Suite 701, Philadelphia, PA 19102-3207 |
| 14176451 | + | Craig Hireisen, Esq., PO Box 679, Reading, PA 19603-0679 |
| 14176455 | + | Justin Kobeski, Esq, 1515 Market Street, Suite 830, Penn Center, PA 19102-1909 |
| 14176456 | + | Meredith Wooters, Esq., PO Box 165028, Columbus, OH 43216-5028 |
| 14176457 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14210713 | + | WELLS FARGO BANK, N.A., C/O KARINA VELTER, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14405516 | + | Wells Fargo Bank, N.A., d/b/a, Wells Fargo Auto, c/o KARINA VELTER, Manley Deas Kochalski LLC, P.O. Box 165028 Columbus, OH 43216-5028 |
| 14404356 | | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, c/o Karina Velter, Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14176464 | + | Wells Fargo Home Mor, Attn: Bankruptcy Department, 8480 Stagecoach Cir., Frederick, MD 21701-4747 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 08 2024 23:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14176443 | + | Email/Text: mnapoletano@ars-llc.biz | May 08 2024 23:54:00 | Ability Recovery Service, Attn: Bankruptcy, PO Box 4262, Scranton, PA 18505-6262 |
| 14176447 | | Email/Text: megan.harper@phila.gov | May 08 2024 23:54:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14176448 | | Email/Text: megan.harper@phila.gov | May 08 2024 23:54:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14262840 | | Email/Text: megan.harper@phila.gov | May 08 2024 23:54:00 | City of Philadelphia, Law Department Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14276797 | | Email/Text: megan.harper@phila.gov | May 08 2024 23:54:00 | City of Philadelphia, Law Revenue Department, c/o Pamela Elchert Thurmond, 1401 JFK Boulevard, 5th Floor, Municipal Services Bldg, Philadelphia, PA 19102 |
| 14176445 | + | Email/Text: ecf@ccpclaw.com | May 08 2024 23:54:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14176449 | + | Email/Text: bankruptcy@philapark.org | May 08 2024 23:54:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14176450 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 08 2024 23:54:00 | Commonwealth of PA-Dept. of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 08, 2024 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14176452 | | Email/Text: bankruptcycourts@equifax.com | May 08 2024 23:54:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14176453 | ^ | MEBN | May 08 2024 23:44:53 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14176454 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 08 2024 23:54:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14176459 | ^ | MEBN | May 08 2024 23:45:02 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14176458 | | Email/Text: bankruptcygroup@peco-energy.com | May 08 2024 23:54:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14190056 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 08 2024 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14176460 | + | Email/Text: bankruptcy@philapark.org | May 08 2024 23:54:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1540 |
| 14176461 | | Email/Text: DASPUBREC@transunion.com | May 08 2024 23:54:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14619556 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 08 2024 23:54:00 | UMB Bank, National Association et al, c/o Rushmore Loan Management Services, P.O Box 55004, Irvine, CA 92619-5004 |
| 14831629 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 08 2024 23:54:00 | UMB Bank, National Association, et. al., c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 14176462 | + | Email/Text: bankruptcyreports@wakeassoc.com | May 08 2024 23:54:00 | Wakefield & Associates, Attn: Bankruptcy, PO Box 441590, Aurora, CO 80044-1590 |
| 14212461 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 08 2024 23:58:37 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 14210887 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 08 2024 23:58:48 | Wells Fargo Bank, N.A., Default Document Processing N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 14176463 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 08 2024 23:58:37 | Wells Fargo Dealer Services, Attn: Bankruptcy, PO Box 19657, Irvine, CA 92623-9657 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | WELLS FARGO BANK, N.A. |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Law Revenue Department, c/o Pamela Elchert Thurmond, 1401 JFK Boulevard, 5th Floor, Municipal Services Bldg, Philadelphia, PA 19102 |
| 14176446 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 08, 2024 | Form ID: pdf900 | Total Noticed: 33 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2024            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| ANTONIO G. BONANNI | on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as legal trustee for LVS Title Trust XIII c/o Rushmore Loan Management antonio.bonanni@law.njoag.gov, pfranz@hoflawgroup.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as legal title trustee for LVS Title Trust XIII dboyle-ebersole@hoflawgroup.com, PABKAttorneyecf@orlans.com |
| KARINA VELTER | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto karina.velter@powerskirn.com, bankruptcy@powerskirn.com |
| KARINA VELTER | on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as legal trustee for LVS Title Trust XIII c/o Rushmore Loan Management karina.velter@powerskirn.com, bankruptcy@powerskirn.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MEGAN N. HARPER | on behalf of Creditor City of Philadelphia megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| MICHAEL A. CIBIK | on behalf of Debtor Christine Bentick help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SARAH K. MCCAFFERY | on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as legal trustee for LVS Title Trust XIII c/o Rushmore Loan Management smccaffery@pincuslaw.com, ckohn@hoflawgroup.com |
| SARAH K. MCCAFFERY | on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as legal title trustee for LVS Title Trust XIII smccaffery@pincuslaw.com, ckohn@hoflawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
## Philadelphia Division

| Christine Bentick,<br><br>*Debtor.* | Chapter 13<br>Case No. 18-15136-amc |
|---|---|

## Order Granting Motion to Dismiss Chapter 13 Case

And now, after consideration of the Motion to Dismiss Case filed by Debtor Christine Bentick, with proper notice, the Court finds as follows:

A. This case has not been converted previously under 11 U.S.C. §§ 706, 1112, or 1208.

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. This case is **DISMISSED**.

3. All wage orders are **VACATED**.

Date: May 8, 2024

_____
Ashely M. Chan
U.S. Bankruptcy Judge